### Troop *v.* Marshall.

Evans, P. J. 1. In a suit upon a contract made by the parties themselves, though some minor preliminary negotiations may have been conducted by an agent of one of the parties, it is not erroneous to omit an instruction relative to the acts of the agent as affecting the contract.

2. The evidence authorized the verdict.

*Judgment affirmed. All the Justices concur.*
February 13, 1913.

Complaint. Before Judge Charlton. Chatham superior court. August 2, 1911.

*John Rourke Jr.,* for plaintiff in error. *W. R. Hewlett,* contra.